## UNITED STATES
v.
GEORGE HOFFMAN, HARRIS H. HICKMAN, ROBERT SMART,
WILLIAM ROBISON, WILLIAM WATSON AND
JAMES McCLOSKEY

1808

### JOURNAL ENTRIES

1. Rule for recognizance . . . . . . . *Journal, infra,* \*p. 161
2. Plea; issue; jurors . . . . . . . . . . . . " 163
3. Verdict . . . . . . . . . . . . . . " 165
4. Judgment arrested . . . . . . . . . . . " 174

### PAPERS IN FILE
[None]